

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2021

No. 04-21-00280-CV

**IN THE INTEREST OF M.U.C.O., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-11725
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Sitting:     Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Appellant's brief was due on November 29, 2021. Appellant's brief was filed a day late and exceeded the word count limit for an opening brief. *See* TEX. R. APP. P. 9.4(i)(2)B). However, Appellant has filed a motion for an extension of time to file his brief and a motion to exceed the word count limit in rule 9.4(i)(2)(B) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4(i)(4). Appellant's motions are GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court